FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 14, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TERRI BARBANO-CARDIN, an individual,<br><br>      Plaintiff,<br><br>      v.<br><br>UNITED STATES OF AMERICA,<br><br>      Defendant. | NO. 2:24-CV-0296-SAB<br><br>**ORDER DISMISSING ACTION** |

      Before the Court is the parties' Stipulated Motion for Order of Dismissal, ECF No. 13. The parties indicate they have resolved this case and ask the Court to dismiss the Complaint with prejudice, with each party bearing its own costs and fees.

      Accordingly, **IT IS ORDERED:**

      1.   The parties' Stipulated Motion for Order of Dismissal, ECF No. 13, is **GRANTED**.

//

//

//

//

//

//

**ORDER DISMISSING ACTION ~ 1**

2.  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Court dismisses the above-captioned action with prejudice, with each party bearing its own costs and fees.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel and **close** the file.

**DATED** this 14th day of April 2025.



Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING ACTION ~ 2**